**FILED**

June 7, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ NM _____
Deputy



**SEALED**

# Case No: SA:23-CR-00306-JKP

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**OSAZUWA EMMANUEL WILLIAMS,**<br><br>**Defendants.** | **INDICTMENT**<br><br>**COUNT 1: 21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(C) Conspiracy to Possess with Intent to Distribute Methamphetamine** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**[21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(C)]**

That on or about May 27, 2023, in the Western and Northern Districts of Texas, Defendant,

**OSAZUWA EMMANUEL WILLIAMS,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others, to commit the following offense against the United States: possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), & (b)(1)(C).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
**[*See* Fed. R. Crim. P. 32.2]**

### Drug Violations and Forfeiture Statutes
**[Title 21 U.S.C. § 846, 841(a)(1) and (b)(1)(C), subject to forfeiture pursuant to**

**Title 21 U.S.C. § 853(a)(1) and (2)|**

As a result of the criminal violations set forth in Count One, the United States gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which states:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law.--
> > **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> > **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following:

- $6,500.00, more or less, in United States Currency

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR BRIAN NOWINSKI
Assistant United States Attorney